No. 11–5901.  THOMAS *v.* WIELAND, UNITED STATES TRUSTEE, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 11–5910.  ALVERIO-MELENDEZ *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 11–5912.  BULLARD *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–5914.  RIDDICK *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 11–5916.  JORDAN *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–5921.  SEXTON *v.* UNITED STATES (two judgments).  C. A. 7th Cir.  Certiorari denied.

No. 11–5923.  RODRIGUEZ-PEREZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–5924.  AGUIAR *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 11–5929.  LEONARD *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 11–5930.  DE LOURDES CANTU *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–5931.  MOORE *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 11–5935.  ZAVALA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–5938.  REDDING *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–5949.  ALLEN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–5955.  KEARNS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–5959.  MOORE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.